Kamiza SUTTON, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 354, 2016

Supreme Court of Delaware.

Submitted: September 27, 2017

Decided: November 2, 2017

Court Below: Superior Court of the
State of Delaware

AFFIRMED.

Samuel BISHOP, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 406, 2017

Supreme Court of Delaware.

Submitted: October 18, 2017

Decided: November 3, 2017

Court Below—Superior Court of the
State of Delaware, Cr. ID No. 86013220DI
(N)

DISMISSED.

In the MATTER OF the Petition
of Roger A. EDWARDS for a
Writ of Habeas Corpus

No. 414, 2017

Supreme Court of Delaware.

Submitted: October 31, 2017

Decided: November 3, 2017

DISMISSED.

Kevin GARBER t/a Carpentry
Unlimited, Petitioner
Below, Appellant,

v.

NEW CASTLE COUNTY DEPART-
MENT OF LAND USE and New Cas-
tle County Board of License, Inspec-
tion & Review, Respondents Below,
Appellees.

No. 185, 2017

Supreme Court of Delaware.

Submitted: November 1, 2017

Decided: November 3, 2017

Court Below—Superior Court of the
State of Delaware, C.A. N16A-05-012

AFFIRMED.